# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| **JEFFREY GOUDE AND DARLENE GOUDE,** | ) |
| | ) |
| **Plaintiffs,** | )     CASE NO. 4:20-cv-00102-RBH |
| | ) |
| v. | ) |
| | )     **JOINT STIPULATION OF** |
| **USI SOLUTIONS, INC. AND AUTOVEST, LLC,** | )     **DISMISSAL WITH PREJUDICE** |
| | ) |
| **Defendants.** | ) |
| | ) |

**COME NOW** Plaintiffs Jeffrey Goude and Darlene Goude and Defendants USI Solutions, Inc. and Autovest, LLC, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of April, 2020:

| | |
|---|---|
| */s/ Bess D. Lochocki* | */s/ Ryan S. Rummage* |
| Bess D. Lochocki | Ryan S. Rummage |
| Federal Bar No. 12042 | Federal Bar No.: 12753 |
| Waccamaw Law, LLC | BURR & FORMAN LLP |
| 10172 Ocean Hwy, Suite 2 | 420 N. 20th Street, Suite 3400 |
| Pawleys Island, SC 29585 | Birmingham, AL 35203 |
| Telephone: (843) 237-5299 | Telephone:    205-251-3000 |
| Facsimile: (866) 915-7567 | Facsimile:    205-413-8701 |
| Email: bess@waccamawlawllc.com | E-mail:rrummage@burr.com |
| **Attorney for Plaintiffs** | **Attorney for Defendant Autovest, LLC** |
| | |
| | */s/ Chad V. Echols* |
| | Chad V. Echols |
| | Federal Bar No. 9810 |
| | The Echols Firm, LLC |
| | P.O. Box 12645 |
| | Rock Hill, SC 29731 |
| | Telephone: (803) 329-8970 |
| | Email: chad.echols@theecholsfirm.com |
| | **Attorney for Defendant USI Solutions, Inc** |

43360658 v1